MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. BOX 1809
BETHEL, ALASKA 99559
Telephone: (907) 543-4700
Facsimile: (888) 887-1146

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ISABELITA CORDOVA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. _____ Civ ( _____ )<br><br>COMPLAINT FOR DAMAGES |

For her complaint, plaintiff, by and through counsel Power and Brown, LLC, alleges as follows:

Parties and Jurisdiction

1. At all times relevant to this action plaintiff Isabelita Cordova resided in Bethel, Alaska.

2. This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq. Jurisdiction is based on 28 U.S.C. § 1346(a) (2) and 1346(b).

3. Plaintiff submitted a timely administrative claim based on the facts alleged herein to the United States Postal Service. On January 5, 2009, the claim was denied.

4. The above-referenced Court has subject matter and personal jurisdiction of the actions alleged herein and the parties hereto, pursuant to 28 U.S.C. § 1331, 1346, and 2671-2680.

5. The above-referenced Court is the proper venue for this action under 28 U.S.C. § 1402(b) in that this is the district where the wrongful acts occurred.

## Common Factual Allegations

6. The Defendant, through the United States Postal Service (herein after "USPS") owns and maintains a building on the corner of Chief Eddie Hoffman Highway in Bethel, Alaska, wherein in houses the United States Post Office.

7. On or about February 1, 2008, the parking lot and walkway in front of the USPS building in Bethel, Alaska was covered in accumulated ice and snow.

8. On or about February 1, 2008, Isabelita Cordova patronized the USPS building in Bethel, Alaska.

9. As a result of the hazardous condition of the parking lot and walkway, Ms. Cordova slipped and fell and was suffered serious injuries after exiting the USPS in Bethel, Alaska.

### Claim for Relief: Negligence

10. Plaintiff incorporates all prior allegations herein.

11. Defendant has a duty to protect clients and others from foreseeable and dangerous conditions under the control of Defendant.

12. Defendant breached that duty by negligently failing to maintain its parking lot and walkway in a safe, non-hazardous condition.

13. Defendant's breach of its duty proximately caused Plaintiff's harm including physical injury, emotional distress, pain and suffering, lost wages, inconvenience and loss of enjoyment of life, in an amount to be proven at trial, but in any event in excess of $100,000.

### PRAYER FOR RELIEF

WHEREFORE plaintiff demands judgment for compensatory damages in excess of $5,000,000, the precise amount to be proven at trial, plus allowable costs, interest, and attorneys' fees.

RESPECTFULLY SUBMITTED this 14th day of May, 2009, at Bethel, Alaska.

s/ Sean Brown
P.O. Box 1809
Bethel, Alaska 99559
Phone: (907) 543-4700
Fax: (888) 887-1146
E-mail: admin@powerbrown.com
ABA No. 0205012