KAREN L. LOEFFLER
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ISABELITA CORDOVA, | ) Case No. 4:09-cv-00027-RRB |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION OF DISMISSAL** |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties stipulate to dismiss this case with prejudice. Each party will bear its

own costs, expenses and attorney's fees.

Respectfully submitted June 15, 2011, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

/s Susan Lindquist
Assistant U. S. Attorney

POWER AND BROWN LLC

s/Sean Brown (consent)
PO Box 1809
Bethel, AK 99559
Phone: (907) 543-4700
Email: mpower@powerbrown.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2011
a copy of the foregoing **STIPULATION
OF DISMISSAL** was served electronically
on:

Sean Brown

s/ Susan Lindquist

Cordova v. USA
Case No. 4:09-cv-00027 RRB            2